UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL SAUNDERS, on behalf of himself and all others similarly situated,

          Plaintiffs,

-against-

KLUB CANIVIBE LLC,

          Defendant.

24-CV-05768 (JHR) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

Plaintiff timely served Defendant KLUB CANIVIBE LLC ("Defendant") with the summons and complaint in this matter on September 3, 2024. (*See* ECF 8.) On January 14, 2025 Plaintiff filed proof of such service on the docket. (*See id*.) Defendant was therefore required to respond to the Complaint by September 24, 2024. (*See id*.) To date, Defendant has not responded to the complaint.

Defendant is hereby Ordered To Show Cause why an order should not be issued pursuant to Fed. R. Civ. P. 55 instructing Plaintiff to seek default judgment against Defendant for failure to defend this action. This Order To Show Cause may be satisfied by filing a written response to the complaint by **February 14, 2025** along with a declaration explaining why Defendant did not timely respond to the complaint. Plaintiff is directed to serve by **January 15, 2025,** a copy of this Order To Show Cause to Defendant. Service shall be made by registered mail at their principal place of business, identified in the complaint as 145-70 224th St. Queens, New York 11413 (ECF 1) and by any email addresses used by Defendant and known to Plaintiff. Plaintiff is directed to file confirmation of such mailings on the docket by **January 15, 2025**.

Defendant is warned that failure to respond to this Order To Show Cause may result in an order instructing Plaintiff to seek a default judgment against Defendant for failure to defend this action.

DATED: January 14, 2025
      New York, New York

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge