UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL SAUNDERS,<br><br>                    Plaintiff,<br><br>    -against-<br><br>KLUB CANIVIBE LLC,<br><br>                    Defendant. | 24-CV-5768 (JHR) (RFT)<br><br>**<u>ORDER</u>** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

Plaintiff Michael Saunders filed this action against Defendant Klub Canivibe LLC on July 30, 2024. (*See* ECF 1.) Plaintiff timely served Defendant with the summons and Complaint in this matter on September 3, 2024, and Defendant was required to respond to the Complaint by September 24, 2024. (*See* ECF 8.) To date, Defendant has not responded to the Complaint.

On January 14, 2024, I ordered Defendant to show cause by February 14, 2025 why I should not order Plaintiff to seek default judgment against Defendant. (*See* ECF 10.) I directed Plaintiff to serve the order to show cause on Defendant and to file proof of service by January 15, 2025. (*See id.*) Plaintiff served Defendant by January 15, 2025 and filed proof of service on January 24, 2025. (*See* ECF 11.) To date, Defendant has not responded to the order to show cause.

Accordingly, Plaintiff is directed to begin the process for seeking a default judgment against Defendant for failing to defend this action by **March 18, 2025**. Plaintiff shall follow the procedure for seeking a default judgment outlined in Rule 5.H and Attachment A of Judge

Rearden's Individual Rules and Practices in Civil Cases, available at

https://nysd.uscourts.gov/hon-jennifer-h-rearden.

DATED:   February 25, 2025
         New York, NY

SO ORDERED.

_____
ROBYN F. TARNOFSKY
United States Magistrate Judge