UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL SAUNDERS,

               Plaintiff,

    -against-

KLUB CANIVIBE LLC,

               Defendant.

24-CV-5768 (JHR) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On February 25, 2025, I ordered Plaintiff Michael Saunders to begin the process for seeking a default judgment against Defendant Klub Canivibe LLC for Defendant's failure to defend this action. (*See* ECF 12.) On March 14, 2025, Plaintiff obtained a Clerk's Certificate of Default as to Defendant. (*See* ECF 15.)

By **March 25, 2025**, Plaintiff shall serve the Complaint, Clerk's Certificate of Default, and a copy of this order on Defendant. Such service shall be made by registered mail to Defendant's principal place of business, identified in the Complaint as 145-70 224th Street, Queens, New York 11413, and by any email addresses used by Defendant and known to Plaintiff. Plaintiff is directed to file proof of such service on the docket by **March 25, 2025**. Defendant shall have until **April 6, 2025** to move to vacate the Clerk's Certificate of Default.

DATED:    March 21, 2025
             New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge