UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL SAUNDERS,

                Plaintiff,

     -against-

KLUB CANIVIBE LLC,

                Defendant.

24-CV-5768 (JHR) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On March 14, 2025, Plaintiff Michael Saunders obtained a Clerk's Certificate of Default as to Defendant Klub Canivibe LLC for Defendant's failure to defend this action. (*See* ECF 15.) On March 21, 2025, I ordered Plaintiff to serve a copy of the Complaint in this action, the Clerk's Certificate of Default, and a copy of the March 21, 2025 order on Defendant and to file proof of service on the docket by March 25, 2025. (*See* ECF 21.) Later on March 21, 2025, Plaintiff served these documents on Defendant and filed proof of service. (*See* ECF 22; ECF 22-1.) Defendant had until April 6, 2025 to move to vacate the Clerk's Certificate of Default. (*See* ECF 21.)

Accordingly, Plaintiff is directed to seek default judgment against Defendant by **May 12, 2025**. Plaintiff shall follow the procedure for seeking a default judgment outlined in Rule 5.H and Attachment A of Judge Jennifer H. Rearden's Individual Rules and Practices in Civil Cases, available at https://nysd.uscourts.gov/hon-jennifer-h-rearden.

DATED:    April 21, 2025
              New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge