**Joseph & Norinsberg LLC**
Fighting for Employee Justice

| | | |
|---|---|---|
| **Queens Office** | **Manhattan Office** | **Newark Office** |
| 69-06 Grand Avenue, 3rd Floor | 110 East 59th Street, Suite 2300 | One Gateway Center, Suite 2600 |
| Maspeth, New York 11378 | New York, New York 10022 | Newark, New Jersey 07102 |
| **Philadelphia Office** | **Boston Office** | **Orlando Office** |
| 1515 Market Street, Suite 1200 | 225 Franklin Street, 26th Floor | 300 N. New York Ave, Suite 832 |
| Philadelphia, Pennsylvania 19102 | Boston, Massachusetts 02110 | Winter Park, Florida 32790 |

Arjeta Albani, Esq.
arjeta@norinsberglaw.com

April 25, 2025

**VIA ECF**
Hon. Robyn F. Tarnofsky
United States Magistrate Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, N.Y. 10007-1312

      Re:  Saunders v. Klub Canivibe LLC
           Case No. 1:24-cv-05768-JHR-RFT
           <u>Letter Seeking Clarification of ECF Doc. 23</u>

Dear Judge Tarnofsky,

      Our office represents Plaintiff Michael Saunders in the above-referenced matter. We write to respectfully seek clarification regarding the Court's Order dated April 21, 2025, directing Plaintiff to "seek default judgment against Defendant by May 12, 2025" (ECF No. 23). Notably, Plaintiff has already filed for default judgment on March 18, 2025, following Defendant's failure to file an Answer or otherwise respond to the July 30, 2024, Americans with Disabilities Act ("ADA") Complaint.

      Specifically, on March 14, 2025, Plaintiff filed a proposed Clerk's Certificate of Default and Declaration in Support (ECF Nos. 13, 14). On the same day, the Clerk issued a Certificate of Default (ECF No. 15). Subsequently, on March 18, 2025, Plaintiff filed a motion for default judgment and accompanying documents pursuant to Fed.R.Civ.P. 55(b)(2) and Local Civil Rule 55.2(b) (ECF Nos. 16-19).

      According to the docket, these filings were accepted, and it was our understanding that we were awaiting a ruling on the default judgment application. However, the Court's April 21, 2025, Order directs Plaintiff to "seek default judgment against Defendant by May 12, 2025."

      We respectfully request clarification of the Court's directive in light of our March 18, 2025, filings. We look forward to the Court's guidance on this matter.

Thank you for your attention to this matter.

                                                Respectfully submitted,

                                                JOSEPH & NORINSBERG, LLC

                                                *Arjeta Albani*

                                                Arjeta Albani, Esq.
                                                *Attorneys For Plaintiff*
                                                110 East 59th Street
                                                Suite 2300
                                                New York, New York 10022
                                                (212) 227-5700
                                                Fax No. (212) 656-1889
                                                arjeta@employeejustice.com

Case 1:24-cv-05768-JHR-RFT    Document 24    Filed 04/25/25    Page 3 of 3