UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL SAUNDERS,

                Plaintiff,

-against-

KLUB CANIVIBE LLC,

                Defendant.

24-CV-5768 (JHR) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

    The Clerk of Court is respectfully requested to strike the Order filed at ECF 23 and reopen the Motion for Default Judgment filed at ECF 16.

DATED:    April 28, 2025
                New York, NY

SO ORDERED.

_____
ROBYN F. TARNOFSKY
United States Magistrate Judge